# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 2:12 cr 139-1 |
| v. | : | **WAIVER OF INDICTMENT** |
| DAVID M. FARBER | : | |

I, David M. Farber, am charged with violating 15 U.S.C. §1 being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on (Date) February 23, 2012 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
David M. Farber
Defendant

_____
Michael M. Mustokoff, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge