```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                  DATE: 23 February 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                     Docket # 2:12cr139-1

U.S.A.  v. David Farber

Appearances:

AUSA    Bryan Bughman, Charles Reilly & Debra Brookes

D       Michael Mustokoff & Steven Janove


Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 18 June 2012 at 9:30am
ORDERED bail set at $100,000.00 PR Bond
executed in courtroom



Time Commenced 10:00_____
Time Adjourned 10:45_____



cc: chambers                        _Scott P. Creegan_____
                                    Deputy Clerk
```